■ AnCor, Inc., Respondent, v BSB Bank & Trust Company, Appellant. (Appeal No. 2.) [823 NYS2d 727]—Appeal from an order of the Supreme Court, Onondaga County (Edward D. Carni, J.), entered July 26, 2005. The order granted plaintiff's motion for leave to further amend the complaint to add claims asserting violations of the lien laws of Arizona and Michigan.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *AnCor, Inc. v BSB Bank & Trust Co.* (34 AD3d 1282 [2006]). Present—Scudder, J.P., Martoche, Centra and Pine, JJ.

■ Angela Byrd, Appellant-Respondent, v Harry T. Graham, Respondent-Appellant, and Diana L. Yogar, Respondent. [823 NYS2d 727]—Appeal and cross appeal from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered November 23, 2005 in a personal injury action. The order, inter alia, granted the motion of defendant Harry T. Graham for summary judgment dismissing the complaint against him on the ground that plaintiff did not sustain a serious injury.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Scudder, J.P., Martoche, Centra and Pine, JJ.